| | |
|---|---|
| 1 | Matthew Franklin Jaksa (CA State Bar No. 248072) |
| | HOLME ROBERTS & OWEN LLP |
| 2 | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA  94105-2994 |
| | Telephone:   (415) 268-2000 |
| 4 | Facsimile:    (415) 268-1999 |
| | Email:         matt.jaksa@hro.com |
| 5 | |
| 6 | Attorneys for Plaintiffs, |
| | CAPITOL RECORDS, INC.; UMG |
| 7 | RECORDINGS, INC.; SONY BMG |
| | MUSIC ENTERTAINMENT; MOTOWN |
| 8 | RECORD COMPANY, L.P.; ELEKTRA |
| | ENTERTAINMENT GROUP INC.; BMG |
| 9 | MUSIC; and WARNER BROS. RECORDS |
| 10 | INC. |

*E-FILED - 12/6/07*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| | CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>                    Plaintiffs,<br><br>     v.<br><br> JOHN DOE,<br>                    Defendant. | CASE NO. 5:07-CV-04106-RMW<br><br>The Honorable Ronald M. Whyte<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [] ORDER** |

*EX PARTE* APPLICATION AND [] ORDER
Case No. 5:07-cv-04106-RMW
#34096 v1

1   Plaintiffs respectfully request that the Court continue the case management conference currently set for December 7, 2007, at 10:30 a.m. to March 7, 2008. Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the Summons and Complaint on Defendant John Doe ("Defendant") be extended from December 7, 2007 to March 6, 2008. As further explained below, Defendant Doe's true identity remains unknown to Plaintiffs, and there is therefore no known defendant with whom to confer or on whom Plaintiffs can serve the Summons and Complaint.

In support of this application, Plaintiffs represent as follows:

1.  Plaintiffs filed their Complaint for Copyright Infringement against Defendant on August 9, 2007 alleging that Defendant used an online media distribution system to unlawfully download and/or distribute certain of Plaintiffs' copyrighted sound recordings. Plaintiffs did not have sufficient identifying information to name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned to Defendant by his or her Internet Service Provider – here, University of California, Santa Cruz ("UC Santa Cruz").

2.  Accordingly, also on August 9, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the Court's permission to serve a Rule 45 subpoena on UC Santa Cruz so that Plaintiffs could obtain information sufficient to determine Defendant's true identity.

3.  On August 27, 2007, the Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery. Pursuant to the Court's Order, Plaintiffs served a Rule 45 subpoena on UC Santa Cruz, and UC Santa Cruz responded to the subpoena on November 28, 2007. However, UC Santa Cruz's response did not include information enabling Plaintiffs to identify Defendant.

4.  Plaintiffs are now in the process of determining whether UC Santa Cruz sufficiently responded to Plaintiffs' subpoena (in which case Plaintiffs will dismiss this case) or if supplemental information might be available from UC Santa Cruz that would allow Plaintiffs to identify Defendant and proceed with this lawsuit.

1

1  5. However, because Defendant's true identity is not yet known (and very likely will never be known unless and until Plaintiffs obtain identifying information from UC Santa Cruz), there is not yet a known defendant with whom to confer, and a case management conference is unnecessary at this time.  For the same reason, Plaintiffs are currently unable to serve Defendant with the Summons and Complaint.

6. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for December 7, 2007, at 10:30 a.m. to March 14, 2008.

7. Because the original time period for Plaintiffs to serve the Summons and Complaint on Defendant will expire on December 7, 2007, Plaintiffs further request that the time to serve the Summons and Complaint on Defendant be extended to March 6, 2008.

Dated:  November 30, 2007

HOLME ROBERTS & OWEN LLP

By: */s/ Matthew Franklin Jaksa*
    MATTHEW FRANKLIN JAKSA
    Attorney for Plaintiffs

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for December 7, 2007, at 10:30 a.m. be continued to March 14, 2008.

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b), Plaintiffs' time to serve the summons and complaint on Defendant be extended to March 6, 2008.

Dated: 12/6/07

By: *Ronald M. Whyte*
    Honorable Ronald M. Whyte
    United States District Judge